■ ELDENE C. KING, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent. [925 NYS2d 820]—

Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered on or about May 3, 2010, which granted defendant's motion for summary judgment dismissing the amended complaint, unanimously affirmed, without costs.

Plaintiff's failure to cite "any law, rule, regulation or declaratory ruling adopted pursuant to law" (Labor Law § 741 [1] [d]), which she, "in good faith, reasonably believe[d]" (Labor Law § 741 [2] [a]) to have been violated, is fatal to her cause of action alleging retaliation (*see Deshpande v Medisys Health Network, Inc.*, 70 AD3d 760, 762 [2010], *lv denied* 14 NY3d 713 [2010]; *see also Pipia v Nassau County*, 34 AD3d 664, 666 [2006]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Friedman, Acosta, Renwick and DeGrasse, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FISHER, Appellant. [925 NYS2d 817]—Judgment, Supreme Court, New York County (Thomas A. Farber, J.), rendered March 23, 2010, convicting defendant, upon his plea of guilty, of burglary in the first degree and attempted rape in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 13 years, unanimously affirmed.

Defendant made a valid waiver of his right to appeal, which forecloses his claim that his sentence is excessive. As an alternative holding, we perceive no basis for reducing the sentence.

Defendant's pro se claims are unreviewable on the present record, and are without merit in any event. Concur—Tom, J.P., Friedman, Acosta, Renwick and DeGrasse, JJ.